# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CLEAR WITH COMPUTERS, LLC<br><br>          Plaintiff,<br><br>     v.<br><br>FISHING HOLDINGS, LLC dba RANGER BOATS,<br><br>          Defendant. | **Civil Action No. 6:13-cv-161-LED**<br><br>**LEAD CASE** |
| CLEAR WITH COMPUTERS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>EMPIRE SOUTHWEST, LLC,<br><br>          Defendant, | **CONSOLIDATED WITH**<br><br>**Civil Action No. 6:13-cv-00172-LED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted between plaintiff Clear With Computers, LLC and defendant Empire Southwest, LLC in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Clear With Computers, LLC and Empire Southwest, LLC are hereby dismissed with prejudice, subject to the terms of that certain agreement entiitled "RELEASE AGREEMENT" and dated October 23, 2013.

IT IS FURTHER ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 4th day of November, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**